Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: FOREMAN, THURMAN W | § | Case No. 14-33361 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 12, 2014.  The undersigned trustee was appointed on *bad date*.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of      $    2,489.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 2,449.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/06/2015 and the deadline for filing governmental claims was 03/11/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $622.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $622.25, for a total compensation of $622.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2015     By: /s/Ira Bodenstein
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33361  
**Case Name:** FOREMAN, THURMAN W  

**Period Ending:** 09/30/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 09/12/14 (f)  
**§341(a) Meeting Date:** 10/31/14  
**Claims Bar Date:** 08/06/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 7932 South Keeler Avenue; Chicago, Illinois<br>  Orig. Description: 7932 South Keeler Avenue; Chicago, Illinois; Imported from original petition Doc# 1; Exemption: 7932 South Keeler Avenue; Chicago, Illinois - Amount: 15000.00; Lien: Opened 10/21/11 Last Active 8/05/14<br>Purchase Money Security<br>7932 South Keeler Avenue; Chicago, Illinois<br>Value $ 177068 - Amount: 186150.00 | 177,068.00 | 0.00 | | 0.00 | FA |
| 2 | 65 acres of farmland in barber, township: comer<br>  Orig. Description: 65 acres of farmland in barber, township: comer (midway).; Imported from original petition Doc# 1; Exemption: 65 acres of farmland in barber county, alabama; township: comer (midway). - Amount: 3300.00 | 13,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on Self<br>  Orig. Description: Cash on Self; Imported from original petition Doc# 1; Exemption: Cash on Self - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Personal Checking Account at Chase<br>  Orig. Description: Personal Checking Account at Chase; Imported from original petition Doc# 1; Exemption: Personal Checking Account at Chase - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | 4 beds, table, chairs, sofa, tv<br>  Orig. Description: 4 beds, table, chairs, sofa, tv; Imported from original petition Doc# 1; Exemption: 4 beds, table, chairs, sofa, tv - Amount: 400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel<br>  Orig. Description: necessary wearing apparel; Imported from original petition Doc# 1; Exemption: necessary wearing apparel - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | IRA, by Allianz; started February of 2014.<br>  Orig. Description: IRA, by Allianz; started February of 2014.; Imported from original petition Doc# 1 | 12,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33361  
**Case Name:** FOREMAN, THURMAN W

**Period Ending:** 09/30/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 09/12/14 (f)  
**§341(a) Meeting Date:** 10/31/14  
**Claims Bar Date:** 08/06/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 8  457 b plan with city of chicago<br>   Orig. Description: 457 b plan with city of chicago; Imported from original petition Doc# 1; Exemption: 457 b plan with city of chicago - Amount: 40000.00 | 40,000.00 | 0.00 | | 0.00 | FA |
| 9  2010 Cadillac SLX 36000<br>   Orig. Description: 2010 Cadillac SLX 36000; Imported from original petition Doc# 1; Lien: Opened 6/13/14 Last Active 8/06/14<br>Purchase Money Security<br>2010 Cadillac SLX 36000<br>Value $ 20000 - Amount: 30067.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 10 2010 Chrysler 300<br>   Orig. Description: 2010 Chrysler 300; Imported from original petition Doc# 1; Exemption: 2010 Chrysler 300 - Amount: 1482.00; Lien: Opened 2/18/11 Last Active 8/01/14<br>Purchase Money Security<br>2010 Chrysler 300<br>Value $ 10000 - Amount: 8518.00 | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 2014 Federal tax refund net of exemption (u) | 0.00 | 0.00 | | 2,489.00 | FA |
| 11 **Assets** **Totals** (Excluding unknown values) | **$273,068.00** | **$0.00** | | **$2,489.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Investigating Sale of Alabama Property

**Initial Projected Date Of Final Report (TFR):** December 31, 2016     **Current Projected Date Of Final Report (TFR):** December 31, 2016

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-33361 | | **Trustee:** | Ira Bodenstein (330129) |
| **Case Name:** | FOREMAN, THURMAN W | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4467 - Checking Account |
| **Taxpayer ID #:** | **-***8908 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/30/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/15 | {11} | Thurman W. Foreman | 2014 Federal tax refund net of exemption | 1224-000 | 2,489.00 | | 2,489.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,479.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,469.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,459.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,449.00 |
| | | | **ACCOUNT TOTALS** | | 2,489.00 | 40.00 | **$2,449.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,489.00 | 40.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,489.00** | **$40.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4467** | 2,489.00 | 40.00 | 2,449.00 |
| | **$2,489.00** | **$40.00** | **$2,449.00** |

{} Asset reference(s)

Printed: 09/30/2015 10:21 AM    V.13.25

# **E X H I B I T   C**
## **ANALYSIS OF CLAIMS REGISTER**

**Claims Bar Date:** August 6, 2015

**Case Number:** 14-33361
**Debtor Name:** FOREMAN, THURMAN W

Page: 1

**Date:** September 30, 2015
**Time:** 10:21:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $622.25 | $0.00 | 622.25 |
| NOTFILED<br>505 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>505 | Illinois Department of Revenue Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664 | Priority | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>505 | Illinois Toll Highway Authority<br>2700 Ogden Avenue<br>Downers Grove, IL 60515 | Priority | XXXXXXXX4200 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>505 | City of Chicago Assistant Corporation Counsel<br>30 N. LaSalle St.; 7th Floor<br>Chicago, IL 60602 | Priority | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Secured | XXXXXXXX1671 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 | Secured | XXXXXXXXXXXXX1000 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Pnc Mortgage<br>6 N Main St<br>Dayton, OH 45402 | Secured | XXXXXXXXX2174 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | XXXXXXXXXXXX0053 | $258.97 | $0.00 | 258.97 |
| 2<br>610 | Springleaf Funding Trust 2013-A a/k/a Springleaf<br>Financial Services of Illinois Inc<br>Springleaf Financial,P.O. Box 3251<br>Evansville, IN 47731-3251 | Unsecured | XXXXXXXXXXXX7866 | $6,588.82 | $0.00 | 6,588.82 |
| 3<br>610 | Park Federal Savings Bank<br>c/o William M. Smith & Associates<br>8102 W. 119th Street, Suite 150<br>Palos Park, IL 60464 | Unsecured | XXXXXXXXXXX601P | $147,872.07 | $0.00 | 147,872.07 |
| NOTFILED<br>610 | Springleaf Financial S<br>8729 S Cicero Ave<br>Hometown, IL 60456 | Unsecured | XXXXXXXXXXXX6706 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Springleaf Financial S<br>6618 S Pulaski Rd<br>Chicago, IL 60629 | Unsecured | XXXXXXXXXXXX7866 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 6, 2015

**Case Number:** 14-33361  
**Debtor Name:** FOREMAN, THURMAN W

Page: 2

**Date:** September 30, 2015  
**Time:** 10:21:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Springleaf Financial S<br>600 N Royal Ave<br>Evansville, IN 47715 | Unsecured | XXXXXXXXXXXX6607 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Springleaf Financial S<br>8729 S Cicero Ave<br>Hometown, IL 60456 | Unsecured | XXXXXXXXXXXX5567 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117 | Unsecured | XXXX6972 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Springleaf Financial S<br>8729 S Cicero Ave<br>Hometown, IL 60456 | Unsecured | XXXXXXXXXXXX5567 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Springleaf Financial S<br>6618 S Pulaski Rd<br>Chicago, IL 60629 | Unsecured | XXXXXXXXXXXX7866 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pnc Mortgage<br>6 N Main St<br>Dayton, OH 45402 | Unsecured | XXXXXXXXX0403 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoplesene<br>130 E. Randolph Drive<br>Chicago, IL 60601 | Unsecured | XXXXXXXX4560 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Rbs Citizens Na<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604 | Unsecured | XXXXXXXXXXXX6951 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 | Unsecured | XXXXXXXX8732 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Springleaf Financial S<br>8729 S Cicero Ave<br>Hometown, IL 60456 | Unsecured | XXXXXXXXXXXX5567 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX3367 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Us Dept Of Ed/Glelsi<br>Po Box 7860<br>Madison, WI 53707 | Unsecured | XXXXXXXXXXXX7581 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Us Dept Of Ed/Glelsi<br>Po Box 7860<br>Madison, WI 53707 | Unsecured | XXXXXXXXXXXX8581 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX3857 | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 6, 2015

**Case Number:** 14-33361　　　　　　　　　　　　　　　Page: 3　　　　　　　　　　　　**Date:** September 30, 2015
**Debtor Name:** FOREMAN, THURMAN W　　　　　　　　　　　　　　　　　　　　　　　**Time:** 10:21:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Peoplesene<br>130 E. Randolph Drive<br>Chicago, IL 60601 | Unsecured | XXXXXXXXX6198 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 | Unsecured | XXXXXXXXXXXX3578 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Springleaf Financial S<br>6618 S Pulaski Rd<br>Chicago, IL 60629 | Unsecured | XXXXXXXXXXXX7866 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Springleaf Financial S<br>6618 S Pulaski Rd<br>Chicago, IL 60629 | Unsecured | XXXXXXXXXXXX7866 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Springleaf Financial S<br>6618 S Pulaski Rd<br>Chicago, IL 60629 | Unsecured | XXXXXXXXXXXX7866 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Springleaf Financial S<br>11844 S Western Ave<br>Chicago, IL 60643 | Unsecured | XXXXXXXXXXXX6152 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Unsecured | XXXXXXXXX7320 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cbusasears<br>133200 Smith Rd<br>Cleveland, OH 44130 | Unsecured | XXXXXXXXX6892 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap1/Carsn<br>Po Box 15521<br>Wilmington, DE 19805 | Unsecured | XXXXXX1961 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 24696<br>Columbus, OH 43224 | Unsecured | XXXXXXXX3041 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap One<br>Po Box 5253<br>Carol Stream, IL 60197 | Unsecured | XXXXXXXX2396 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 24696<br>Columbus, OH 43224 | Unsecured | XXXXXXXX7681 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bby/Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007 | Unsecured | XXXXXXXXXXXX0528 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Unsecured | XXXXXXXX4728 | $0.00 | $0.00 | 0.00 |

# **E X H I B I T  C**
## **ANALYSIS OF CLAIMS REGISTER**

**Claims Bar Date:** August 6, 2015

**Case Number:** 14-33361　　　　　　　　　　　　　　　Page: 4　　　　　　　**Date:** September 30, 2015
**Debtor Name:** FOREMAN, THURMAN W　　　　　　　　　　　　　　　　　　　**Time:** 10:21:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX1300 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Banco Popular<br>120 Broadway Fl 16<br>New York, NY 10271 | Unsecured | XXXXXX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXX1235 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Park Federal Savings B<br>5400 S Pulaski Rd<br>Chicago, IL 60632 | Unsecured | XXXXXXXXXX8601 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoples Engy<br>200 East Randolph<br>Chicago, IL 60601 | Unsecured | XXXXXXXX4870 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Union One A D<br>Po Box 200<br>Rantoul, IL 61866 | Unsecured | XXXXXXXXXXXX3366 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoples Engy<br>200 East Randolph<br>Chicago, IL 60601 | Unsecured | XXXXXXXX5557 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037 | Unsecured | XXX2008 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chicago Municipal Emp<br>18 S Michigan Ave S-1000<br>Chicago, IL 60603 | Unsecured | XXXXX0705 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chicago Municipal Emp<br>18 S Michigan Ave S-1000<br>Chicago, IL 60603 | Unsecured | XXXXX0600 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | City of Chicago The Department of Water Management<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoples Engy<br>200 East Randolph<br>Chicago, IL 60601 | Unsecured | XXXXXXXX5854 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Nwyrk&Co<br>220 W Schrock Rd<br>Westerville, OH 43081 | Unsecured | XXXXX0383 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 155,342.11 | 0.00 | 155,342.11 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-33361
Case Name: FOREMAN, THURMAN W
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 2,449.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,449.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 622.25 | 0.00 | 622.25 |

Total to be paid for chapter 7 administration expenses: $ 622.25
Remaining balance: $ 1,826.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,826.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,826.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 154,719.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Capital One, N.A. | 258.97 | 0.00 | 3.06 |
| 2 | Springleaf Funding Trust 2013-A a/k/a Springleaf | 6,588.82 | 0.00 | 77.79 |
| 3 | Park Federal Savings Bank | 147,872.07 | 0.00 | 1,745.90 |
|  | Total to be paid for timely general unsecured claims: | | $ | 1,826.75 |
|  | Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |
|  | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
|  | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |
|  | Total to be paid for subordinated claims: | | $ | 0.00 |
|  | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**