Ira Bodenstein  
Shaw Fishman  
321 N. Clark St., Ste. 800  
Chicago, IL 60654  
(312) 666-2861  
Chapter 7 Trustee

The Honorable:     JACQUELINE P. COX  
Chapter 7

Hearing Date:     11/19/2015  
Hearing Time:     9:30 a.m.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:     FOREMAN, THURMAN W     §     Case No. 14-33361  
    §  
    §  
Debtor(s)     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee has filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street  
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 11/19/2015 in Courtroom 680, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 10/20/2015        By:   Ira Bodenstein
                                     Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JACQUELINE P. COX |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FOREMAN, THURMAN W    §    Case No. 14-33361
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $    2,489.00

*and approved disbursements of*    $    40.00

*leaving a balance on hand of* [1]    $    2,449.00

**Balance on hand:**    $    2,449.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    2,449.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 622.25 | 0.00 | 622.25 |

Total to be paid for chapter 7 administration expenses:    $    622.25
Remaining balance:    $    1,826.75

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

                          Total to be paid for prior chapter administrative expenses:   $     0.00
                          Remaining balance:   $     1,826.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                          Total to be paid for priority claims:   $     0.00
                          Remaining balance:   $     1,826.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 154,719.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One, N.A. | 258.97 | 0.00 | 3.06 |
| 2 | Springleaf Funding Trust 2013-A a/k/a Springleaf | 6,588.82 | 0.00 | 77.79 |
| 3 | Park Federal Savings Bank | 147,872.07 | 0.00 | 1,745.90 |

                          Total to be paid for timely general unsecured claims:   $     1,826.75
                          Remaining balance:   $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Thurman W Foreman  
    Debtor

Case No. 14-33361-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mgonzalez      Page 1 of 2      Date Rcvd: Oct 22, 2015  
                 Form ID: pdf006     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2015.

```
db            +Thurman W Foreman,    7932 South Keeler Street,     Chicago, IL 60652-2312
22383753      +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
22383754      +Cap One,   Po Box 5253,    Carol Stream, IL 60197-5253
22383755      +Cap1/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
23359556       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22383756       Cbusasears,    133200 Smith Rd,    Cleveland, OH 44130
22383758      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
22383757      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
22383759      +Chicago Municipal Emp,    18 S Michigan Ave S-1000,    Chicago, IL 60603-3209
22383761       City of Chicago,    The Department of Water Management,    P.O. Box 6330,
                 Chicago, IL 60680-6330
22383760      +City of Chicago,    Assistant Corporation Counsel,    30 N. LaSalle St.; 7th Floor,
                 Chicago, IL 60602-2503
23491234      +City of Chicago Department of Finance,    Bureau of Water Billing and,    Customer Service,
                 333 South State Street - Suite 330,    Chicago, Illinois - IL 60604-3965
22383762      +Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,    Westerville, OH 43081-2873
22383763      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
22383766      +Illinois Toll Highway Authority,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
22383769      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
23500657      +PNC Bank, National Association,    c/o Pierce & Associates,    1 N. Dearborn, Suite 1300,
                 Chicago, IL 60602-4321
22383770      +Park Federal Savings B,    5400 S Pulaski Rd,    Chicago, IL 60632-4238
23562561      +Park Federal Savings Bank,    c/o William M. Smith & Associates,
                 8102 W. 119th Street, Suite 150,    Palos Park, Illinois 60464-3081
22383771      +Peoples Engy,    200 East Randolph,    Chicago, IL 60601-6302
22383772      +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
22383773      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
22383774      +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
22383775      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
22383776      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
23512641     +++Springleaf Funding Trust 2013-A a/k/a Springleaf,    Financial Services of Illinois Inc,
                 Springleaf Financial,    P.O. Box 3251,    Evansville, IN 47731-3251
22383781      +Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
22383782      +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
22383783      +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
22383784      +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
22383785      +William M. Smith & Associates,    8102 W. 119th Street,    Suite 150,    Palos Park, IL 60464-3081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22383751      +E-mail/Text: ally@ebn.phinsolutions.com Oct 23 2015 00:51:10     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
22383752      +Fax: 866-513-1948 Oct 23 2015 08:51:47      Banco Popular,    120 Broadway Fl 16,
                 New York, NY 10271-1601
22383764      +E-mail/Text: group_legal@creditunion1.org Oct 23 2015 00:54:09     Credit Union One A D,
                 Po Box 200,    Rantoul, IL 61866-0200
22383765      +E-mail/Text: rev.bankruptcy@illinois.gov Oct 23 2015 00:52:26
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
22383767       E-mail/Text: cio.bncmail@irs.gov Oct 23 2015 00:51:38     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
22383768      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 23 2015 00:51:28     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22383780       E-mail/PDF: cbp@springleaf.com Oct 23 2015 01:00:26     Springleaf Financial S,
                 11844 S Western Ave,    Chicago, IL 60643
22383779       E-mail/PDF: cbp@springleaf.com Oct 23 2015 01:00:51     Springleaf Financial S,
                 600 N Royal Ave,    Evansville, IN 47715
22383778       E-mail/PDF: cbp@springleaf.com Oct 23 2015 01:00:26     Springleaf Financial S,
                 6618 S Pulaski Rd,    Chicago, IL 60629
22383777       E-mail/PDF: cbp@springleaf.com Oct 23 2015 00:59:59     Springleaf Financial S,
                 8729 S Cicero Ave,    Hometown, IL 60456
                                                                                               TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: mgonzalez         Page 2 of 2              Date Rcvd: Oct 22, 2015
                              Form ID: pdf006         Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2015 at the address(es) listed below:
              Andrew J Nelson     on behalf of Creditor    PNC Bank, National Association anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David C. Nelson     on behalf of Debtor Thurman W Foreman dcnelson@nelsonlawoffice.com,
               deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
              Heather M Giannino     on behalf of Creditor    Springleaf Financial Services of Illinois, Inc.
               bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              Ira  Bodenstein     on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira  Bodenstein     iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```