# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: FOREMAN, THURMAN W       § Case No. 14-33361
                                §
                                §
Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $273,068.00              Assets Exempt: $60,782.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,826.75      Claims Discharged
                                                Without Payment: $246,630.11

Total Expenses of Administration: $662.25

---

3) Total gross receipts of $ 2,489.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,489.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $224,735.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 662.25 | 662.25 | 662.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 190,743.00 | 154,719.86 | 154,719.86 | 1,826.75 |
| **TOTAL DISBURSEMENTS** | $415,478.00 | $155,382.11 | $155,382.11 | $2,489.00 |

4) This case was originally filed under Chapter 7 on September 12, 2014. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2016        By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Federal tax refund net of exemption | 1224-000 | 2,489.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,489.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ally Financial | 4110-000 | 8,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander Consumer Usa | 4110-000 | 30,067.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Mortgage | 4110-000 | 186,150.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$224,735.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 622.25 | 622.25 | 622.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $662.25 | $662.25 | $662.25 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Bankruptcy Section | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Toll Highway Authority | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Assistant Corporation Counsel | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. | 7100-000 | 40.00 | 258.97 | 258.97 | 3.06 |
| 2 | Springleaf Funding Trust 2013-A a/k/a Springleaf | 7100-000 | 6,630.00 | 6,588.82 | 6,588.82 | 77.79 |
| 3 | Park Federal Savings Bank | 7100-000 | 90,336.00 | 147,872.07 | 147,872.07 | 1,745.90 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 8,148.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoplesene | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rbs Citizens Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/Jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Ed/Glelsi | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Ed/Glelsi | 7100-000 | 56,304.00 | N/A | N/A | 0.00 |
| NOTFILED | Thd/Cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoplesene | 7100-000 | 654.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/Jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 529.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbusasears | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/Carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,963.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bby/Cbna | 7100-000 | 1,139.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Banco Popular | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Park Federal Savings B | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Engy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Union One A D | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Engy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Acceptance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Municipal Emp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Municipal Emp | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | City of Chicago The Department of Water | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Engy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Nwyrk&Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$190,743.00** | **$154,719.86** | **$154,719.86** | **$1,826.75** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-33361  
**Case Name:** FOREMAN, THURMAN W  

**Trustee:**  (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 09/12/14 (f)  
**§341(a) Meeting Date:** 10/31/14  

**Period Ending:** 01/14/16  
**Claims Bar Date:** 08/06/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  7932 South Keeler Avenue; Chicago, Illinois<br>Orig. Description: 7932 South Keeler Avenue; Chicago, Illinois; Imported from original petition Doc# 1; Exemption: 7932 South Keeler Avenue; Chicago, Illinois  -  Amount: 15000.00; Lien: Opened 10/21/11 Last Active 8/05/14<br>Purchase Money Security<br>7932 South Keeler Avenue; Chicago, Illinois<br>Value $ 177068  -  Amount: 186150.00 | 177,068.00 | 0.00 | | 0.00 | FA |
| 2  65 acres of farmland in barber, township: comer<br>Orig. Description: 65 acres of farmland in barber, township: comer (midway).; Imported from original petition Doc# 1; Exemption: 65 acres of farmland in barber county, alabama; township:  comer (midway).  -  Amount: 3300.00 | 13,000.00 | 0.00 | | 0.00 | FA |
| 3  Cash on Self<br>Orig. Description: Cash on Self; Imported from original petition Doc# 1; Exemption: Cash on Self  -  Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Personal Checking Account at Chase<br>Orig. Description: Personal Checking Account at Chase; Imported from original petition Doc# 1; Exemption: Personal Checking Account at Chase  -  Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 5  4 beds, table, chairs, sofa, tv<br>Orig. Description: 4 beds, table, chairs, sofa, tv; Imported from original petition Doc# 1; Exemption: 4 beds, table, chairs, sofa, tv  -  Amount: 400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 6  necessary wearing apparel<br>Orig. Description: necessary wearing apparel; Imported from original petition Doc# 1; Exemption: necessary wearing apparel  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 7  IRA, by Allianz; started February of 2014.<br>Orig. Description: IRA, by Allianz; started February of 2014.; Imported from original petition Doc# 1 | 12,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33361  
**Case Name:** FOREMAN, THURMAN W

**Period Ending:** 01/14/16

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 09/12/14 (f)  
**§341(a) Meeting Date:** 10/31/14  
**Claims Bar Date:** 08/06/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | 457 b plan with city of chicago<br>   Orig. Description: 457 b plan with city of chicago; Imported from original petition Doc# 1; Exemption: 457 b plan with city of chicago  -  Amount: 40000.00 | 40,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2010 Cadillac SLX 36000<br>   Orig. Description: 2010 Cadillac SLX 36000; Imported from original petition Doc# 1; Lien: Opened 6/13/14 Last Active 8/06/14<br>Purchase Money Security<br>2010 Cadillac SLX 36000<br>Value $ 20000  -  Amount: 30067.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 Chrysler 300<br>   Orig. Description: 2010 Chrysler 300; Imported from original petition Doc# 1; Exemption: 2010 Chrysler 300  -  Amount: 1482.00; Lien: Opened 2/18/11 Last Active 8/01/14<br>Purchase Money Security<br>2010 Chrysler 300<br>Value $ 10000  -  Amount: 8518.00 | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2014 Federal tax refund net of exemption  (u) | 0.00 | 0.00 | | 2,489.00 | FA |
| 11 | **Assets  Totals** (Excluding unknown values) | **$273,068.00** | **$0.00** | | **$2,489.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Investigating Sale of Alabama Property

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016          **Current Projected Date Of Final Report (TFR):**   October 19, 2015  (Actual)

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-33361  
**Case Name:** FOREMAN, THURMAN W  

**Taxpayer ID #:** **-***8908  
**Period Ending:** 01/14/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4467 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/15 | {11} | Thurman W. Foreman | 2014 Federal tax refund net of exemption | 1224-000 | 2,489.00 | | 2,489.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,479.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,469.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,459.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,449.00 |
| 11/23/15 | 101 | Ira Bodenstein | Dividend paid 100.00% on $622.25, Trustee Compensation; Reference: | 2100-000 | | 622.25 | 1,826.75 |
| 11/23/15 | 102 | Capital One, N.A. | Dividend paid 1.18% on $258.97; Claim# 1; Filed: $258.97; Reference: XXXXXXXXXXXX0053 | 7100-000 | | 3.06 | 1,823.69 |
| 11/23/15 | 103 | Springleaf Funding Trust 2013-A a/k/a Springleaf | Dividend paid 1.18% on $6,588.82; Claim# 2; Filed: $6,588.82; Reference: XXXXXXXXXXXX7866 | 7100-000 | | 77.79 | 1,745.90 |
| 11/23/15 | 104 | Park Federal Savings Bank | Dividend paid 1.18% on $147,872.07; Claim# 3; Filed: $147,872.07; Reference: XXXXXXXXXXX601P | 7100-000 | | 1,745.90 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,489.00 | 2,489.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 2,489.00 | 2,489.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $2,489.00 | $2,489.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4467** | 2,489.00 | 2,489.00 | 0.00 |
| | $2,489.00 | $2,489.00 | $0.00 |

{} Asset reference(s)